PEOPLE v. LEVINE. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Proceeding by the People of the State of

New York against Jacob Levine. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 119 N. Y. Supp. 1139.

PEOPLE, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Henry Miller, impleaded with others. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York against Frank J. Phillips. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. PREMO, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York against Charles Fred Premo. No opinion. Judgment of conviction affirmed.